NOSSAMAN LLP
BRADFORD B. KUHN (SBN 245866)
bkuhn@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:    949.833.7878

THOMAS F. LYONS (SBN 191066)
tlyons@sonomamarintrain.org
5401 Old Redwood Highway
Suite 200
Petaluma, CA 94954
Telephone:  707.794.3330
Facsimile:   707.794.3037

Attorneys for Defendant SONOMA-MARIN AREA RAIL
TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILEMON HERNANDEZ, et al., | Case No: 4:21-cv-01782-DMR |
| Plaintiffs, | Assigned to Magistrate Judge Hon. Donna M. Ryu Courtroom 4, 3rd Floor |
| vs. | |
| SONOMA-MARIN AREA RAIL TRANSIT DISTRICT ("SMART"), | **ORDER RE: STIPULATION TO DISMISS PLAINTIFFS DAVID W. & CHRISTINE MILLER, AS TRUSTEES OF THE MILLER FAMILY TRUST AND PLAINTIFF SALVADOR OSEGUERA MORENO PURSUANT TO FRCP 41** |
| Defendant. | |
| | Date Action Filed: March 15, 2021 |

Case No. 4:21-cv-01782-DMR
ORDER RE: STIPULATION TO DISMISS CERTAIN PLAINTIFFS
61653973.v1

1   Upon consideration of the Rule 41(a) Stipulation of Dismissal, and good cause shown,

2   **IT IS ORDERED** that Plaintiffs David W. & Christine Miller, Trustees of the Miller

3   Family Trust, and Plaintiff Salvador Oseguera Moreno and all claims or causes of action filed on

4   their behalf are dismissed without prejudice.

6   Dated:  June 30, 2023



DONNA M. RYU
Chief Magistrate Judge