| | |
|---|---|
| 1 | NOSSAMAN LLP |
| 2 | BRADFORD B. KUHN (SBN 245866)<br>bkuhn@nossaman.com |
| 3 | BENJAMIN Z. RUBIN (SBN 249630)<br>brubin@nossaman.com |
| 4 | 18101 Von Karman Avenue, Suite 1800<br>Irvine, CA 92612 |
| 5 | Telephone:   949.833.7800<br>Facsimile:   949.833.7878 |
| 6 | THOMAS F. LYONS (SBN 191066) |
| 7 | tlyons@sonomamarintrain.org<br>5401 Old Redwood Highway |
| 8 | Suite 200<br>Petaluma, CA 94954 |
| 9 | Telephone:  707.794.3330<br>Facsimile:   707.794.3037 |
| 10 | Attorneys for Defendant SONOMA-MARIN AREA RAIL |
| 11 | TRANSIT DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FILEMON HERNANDEZ, et al., | Case No: 4:21-cv-01782-DMR |
|---|---|
| Plaintiffs, | Assigned to Chief Magistrate Judge<br>Hon. Donna M. Ryu<br>Courtroom 4, 3rd Floor |
| vs. | |
| SONOMA-MARIN AREA RAIL TRANSIT DISTRICT ("SMART"), | **ORDER RE: STIPULATED BRIEFING SCHEDULE AND HEARING DATE REGARDING CROSS MOTIONS FOR SUMMARY JUDGMENT AND MODIFIED PAGE LIMITS** |
| Defendant. | |
| | Date Action Filed: March 15, 2021 |

Upon consideration of the Stipulated Briefing Schedule and Hearing Date Regarding Cross Motions for Summary Judgment and Request to Exceed Page Limits, and good cause shown,

**IT IS ORDERED** that the briefing schedule and page limits for Plaintiffs and SMART's cross motions for summary judgment shall be set as follows:

- Plaintiffs' Opening Brief – October 20, 2023 – 25 pages
- SMART's Combined Opposition/Opening Brief – December 1, 2023 – 35 pages
- Plaintiffs' Combined Reply/Opposition Brief – January 12, 2024 – 35 pages
- SMART's Reply Brief – February 23, 2024 – 25 pages
- Hearing – March 28, 2024, at 1:00 p.m.

Dated this __10th__ of July, 2023.



_____
DONNA M. RYU
Chief Magistrate Judge